■ In the Matter of QUENTIN C. CROMMELIN, JR. (Admitted as QUENTIN CLAIBORNE CROMMELIN, JR.), an Attorney. [647 NYS2d 650] —Motion granted insofar as petitioner moves for permission to serve certain papers upon respondent by certified and first class mail to respondent's last registered address with the New York Office of Court Administration.